**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Dominique Handy, | : |
| | : Civil Action No.: 3:17-cv-02683-S |
| Plaintiff, | : |
| v. | : |
| | : |
| Capital One Bank (USA) N.A., | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Dominique Handy | Capital One Bank (USA) N.A. |
|---|---|
| ___/s/ Jenny DeFrancisco_____ | /s/ Adam C. Ragan |
| Jenny DeFrancisco, Esq. | Adam C. Ragan |
| CT Bar No. 432383 | Hunton Andrews Kurth LLP |
| LEMBERG LAW, L.L.C. | 1445 Ross Avenue, Suite 3700 |
| 43 Danbury Road, 3rd Floor | Dallas, TX 75202 |
| Wilton, CT 06897 | Telephone: (214) 468-3577 |
| Telephone: (203) 653-2250 | Facsimile:  (214) 979-3959 |
| Facsimile:  (203) 653-3424 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 15, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Jenny DeFrancisco
                  Jenny DeFrancisco