UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Dominique Handy, <br><br> Plaintiff, <br> v. <br><br> Capital One Bank (USA) N.A., <br><br> Defendant. | Civil Action No.: 3:17-cv-02683-S |

## PROPOSED ORDER

Having reviewed the parties' Stipulation of Dismissal and for good cause shown, it is hereby ORDERED this case be dismissed with prejudice.

Dated: June 19, 2018

_____
Hon. Karen Gren Scholer